| Date | Pleading Number | |
|---|---|---|
| 7/31/72 | | Entered Order to Show Cause - notified all attorneys involved; involved judges. A-1 thru A-8 |
| 8/14/72 | 1 | UNITED STATES OF AMERICA response to OSC w/cert of service |
| 8/15/72 | | LEO LOY ROBERTS V. U. S. A., W.D OKLA Civ 72-332 |
| | | RICK STEVENS V. U.S.A., W.D.OKLA Civ 72-233 |
| | | Entered Order to Show Cause today. Notified Counsel, involved judge/ |
| 9/5/72 | | HEARING ORDER - setting A-1 through B-2, Oct. 4, 1972, New Orleans, Louisiana |
| 9/6/72 | 2 | RICK STEVENS plaintiff response to SCO w/certificate of service. |
| 9/20/72 | 3. | PLTFS BROWN, JOHNSON, KRUEGER, MOORE, OWEN, STINES, VETTER, KIESAU (KAN. CASES) AND ROBINSON (S.D. OHO) Response to SCO. |
| 12/5/72 | | OPINION AND ORDER consolidating A-1 through B-2 in the District of Kansas for assignment to Judge Frank G. Theis for coordinated or consolidated pretrial proceedings |
| 12/5/72 | | CONSENT OF TRANSFEREE COURT signed by Chief Judge Wesley E. Brown for Judge Theis to handle litigation in the District of Kansas pursuant to 28 U.S.C. §1407 |
| 12/5/72 | | FAHRBACH, ET AL. V. U.S.A., W.D.OKLA, 72-665 |
| | | KIESAU V. ROBERT REYNOLDS, N.D.TEX., CA-4-2119 |
| | | STEVENS V. U.S.A., NEV. LV-1914 |
| | | STEVENS V. U.S.A., COLORADO, C-4364 |
| | | CTO entered today. Notified transferor judges. All counsel. |
| 12/21/72 | | FAHRBACH, ET AL. V.U.S.A., W.D.OKLA, 72-665 |
| | | KIESAU V. ROBERT REYNOLDS, N.D.TEX., CA-4-2119 |
| | | STEVENS V. U.S.A., NEV. LV-1914 |
| | | STEVENS V. US.S.A., COLORADOM C-4364 |
| | | CTO final today. Notified transferee clerk, transferor clerks, transferor judges. |
| 1/19/73 | | MIKE BRUCE V. FAIRCHILD IND., W.D.OKLA Civ 73-14-D |
| | | CTO entered today. Notified counsel, Involved judges. |
| 2/5/73 | | MIKE BRUCE V. FAIRCHILD INDUSTRIES, INC., W.D. OKLA, 73-14-D |
| | | Defendant notice of oppostion to CTO. |
| | | Order - Staying CTO. Notified counsel |
| 2/16/73 | 4 | Fairchild Ind. motion and brief to vacate CTO, brief, w/cert. of service |
| 3/5/73 | | MIKE BRUCE, ET AL. V. FAIRCHILD IND., W.D. OKLA., 73-14-D |
| | | HEARING ORDER, March 23, 1973, Washington, D. C. Notified counsel |
| 3/6/73 | 5 | Plaintiffs response to defendants motion to vacate CTO w/cert. of service |
| 12/26/73 | | MIKE BRUCE V. FAIRCHILD IND., W.D. OKLA CIV-72-233 |
| | | OPINION AND ORDER denying transfer of action and vacating cto. |

*Opinion and Order if [illegible] 352 F Supp 968. 12/5/72*

DOCKET NO. 114 — JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Opinion and Order if Dec 26, 1973   368 F Supp 810*

Description of Litigation

### IN RE AIR CRASH DISASTER NEAR SILVER PLUME, COLORADO ON OCTOBER 2, 1970

Summary of Panel Action

Date(s) of Hearing(s) __10-4-72__ *352 F. Supp. 968* _____ _____ _____

Date(s) of Opinion(s) or Order(s) __12-5-72__ _____ _____

Consolidation Ordered ✓        Name of Transferee Judge __Frank G Theis__

Consolidation Denied ____       Transferee District __District of Kansas__ (083)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Hallie Eugenia Robinson, etc. v. United States of America | S.D.Ohio Weinman | 4265 | 12/5 | W.4/993 | 10/7/77 | SCO-7/31/72 |
| A-2 | Marvin G. Brown, Sr. v. Jack Richards Aircraft Co., Inc., et al. | Kansas Theis | W-4749 | | | 10/7/77 | " |
| A-3 | Howard L. Johnson v. Jack Richards Aircraft Co., Inc., et al. | Kansas Theis | W-4750 | | | 10/7/77 | " |
| A-4 | Robert B. Krueger v. Jack Richards Aircraft Co., Inc., et al. | Kansas Theis | W-4751 | | | 10/7/77 | " |
| A-5 | Milton B. Moore, Sr. v. Jack Richards Aircraft Co., Inc., et al. | Kansas Theis | W-4752 | | | 10/7/77 | " |
| A-6 | Thomas B. Owen, Sr. v. Jack Richards Aircraft Co., Inc., et al. | Kansas Theis | W-4753 | | | 10/7/77 | " |
| A-7 | Mary P. Stines v. Jack Richards Aircraft Co., Inc., et al. | Kansas Theis | W-4754 | | | 10/7/77 | " |
| A-8 | Jack R. Vetter, Sr. v. Jack Richards Aircraft Co., Inc., et al. | Kansas Theis | W-4755 | | | 10/7/77 | |

*Order 10/6/74 dismisses*
*17 others [illegible] as to defendant*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Leo Loy Roberts, etc. v. The United States of America | W.D.OKLA Eubanks | Civ-72-332 | 12/5/72 | W-4974 | 10/7/77 | Amend SCO 8/15 |
| B-2 | Rick Stevens, et al. v. The United States of America | W.D.OKLA Eubanks | Civ-72-233 | 12/5/72 | W-4995 | 10/7/77 | Amend ScO 8/15 |
| XYZ-1 | Vern Kiesau v. U.S.A. | Kansas | W-4924 | | | 10/7/77 | |
| XYZ-2 | Hallie Eugenia Robinson, etc. v. Jack Richards Aircraft | Kansas | W-4936 | | | 10/2/77 | |
| XYZ-3 | Rick Stevens v. United States of America | Kansas | W-4941 | | | 10/7/77 | |

*Verified correct July 1976*

*Ditto - July 1977*

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | D. W. Fahrbach, et al. v. United States of America *12/5/72* | W.D. Okla. Daugherty | Civ.-72-665 | 12/21/72 | W-5010 | 10/7/77 | 5/15/75 Verified by Clerk in Kansas |
| C-2 | Vern Kiesau, etc. v. Robert Reynolds, et al. *12/5/72* | N.D. Tex | CA-4-2119 | 12/21/72 | W-5007 | 10/7/77 *motion* 8-1-78 | transfers 7 XYZ 16 |
| C-3 | Rick Stevens, et al. v. United States of America *12/5/72* | Nevada | LV-1914 | 12/21/72 | W-5008 | 10/7/77 | Pending 17 |
| C-4 | Rick Stevens v. United States of America *12/5/72* | Colorado | C-4364 | 12/21/72 | W-5008 | 10/7/77 | |
| C-5 | ~~Mike B____ et al v. Fairchild Ind.~~ *4/19/73* *OPPOSED.* | W.D.Okla Daugherty | Civ 73-14-D | | | | |

*July 1978 — TR 7/10 XYZ/15 DIS /2 Rdg.*

*July 1979 1 closed*

DOCKET NO. 112

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DESCRIPTION OF LITIGATION

IN RE AIR CRASH DISASTER NEAR SILVER PLUME, COLORADO ON OCTOBER 2, 1970

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1 | Ames Gardner, Jr., Esquire<br>1100 Hulman Building<br>Dayton, Ohio  45402 | William W. Milligan, Esquire<br>United States Attorney<br>United States District Court<br>Dayton, Ohio |
| A-2<br>thru<br>A-8 | Louis  W. Cates, Esquire<br>David W. Kennedy, Esquire<br>209 North Broadway<br>Wichita, Kansas  67202<br><br>Speiser, Shumate, Geoghan & Krause<br>200 Park Avenue<br>New York, New York 10017 | JACK RICHARDS AIRCRAFT CO., INC.<br>JACK RICHARDS, Individually<br>   Daniel C. Bachmann, Esquire<br>   Suite 305, Century Plaza<br>   Wichita, Kansas  67202<br><br>UNITED STATES OF AMERICA<br>   John J. Immel, Esquire<br>   Assistant U. S. Attorney<br>   Post Office Box 2098<br>   Wichita, Kansas  67201<br><br>   Gerard R. Lear, Esquire<br>   Department of Justice<br>   Washington, D. C.  20530<br>      DELIVERY IMMEDIATELY--DO<br>      NOT OPEN IN MAILROOM<br><br>Hon. John Rogers<br>(For Golden Eagle Aviation)<br>Secretary of State<br>Oklahoma City, Oklahoma<br><br>Mr. Ronald G. Skipper<br>211 Caroline, Apt. E-3<br>Cocoa, Florida<br><br>Mr. John P. Kennedy<br>6540 N. Wilshire Blvd., #142<br>Oklahoma City, Oklahoma<br><br>Mr. Bruce J. Danielson<br>5532 N. Portland, #222<br>Oklahoma City, Oklahoma |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | Howard K. Berry, Esquire<br>Berry & Berry & Herbert C. Schaffer<br>626 Cravens Building<br>Oklahoma City, Oklahoma   73102 | William R. Burkett<br>United States Attorney<br>4420 Federal Office Building<br>Oklahoma City, Oklahoma<br><br>Gerald R. Lear (see reverse) |
| B-2 | ~~Larry A. Tawwater~~, Esq.<br>Lampkin, Wolfe, Burger, Abel<br>  McCaffrey & Norman<br>1105 Cravens Building<br>Oklahoma City, Oklahoma   73102<br><br>Magana & Cathcart<br>Suite 830, Gateway East<br>Century City<br>1800 Avenue of the Stars<br>Los Angeles California 90067 | Same as above. |
| C-1 | John W. Norman, Esq.<br>Lampkin, Wolfe, Burger, Abel<br>McCaffrey & Norman<br>1105 Cravens Bldg.<br>Oklahoma City, Oklahoma   73102<br>*LAWRENCE J. Gallardi*<br>Magana & Cathcart<br>Suite 830, Gateway East<br>Century City<br>1800 Avenue of the Stars<br>Los Angeles, California 90067 | William R. Burkett<br>United States Attorney<br>4420 Federal Office Building<br>Oklahoma City, Oklahoma<br><br><br><br>*FOR ROBERT V. REYNOLDS*<br>*GEORGE W. IRELAND*<br>*FRANK E. HAUD, JR.* |
| C-2 | John H. McElhaney, Esq.<br>Turner, Rodgers, Winn, Scurlock &<br>  Sailers<br>2400 Republic National Bank Building<br>Dallas, Texas   75201<br><br>Speiser, Shumate (See A-2) | Joseph A. Kovarick,<br>Regional Counsel<br>FAA Dept. of Transportation<br>SW #7<br>P.O. Box 1689<br>Fort Worth, Texas   76101 |
| C-3 | Douglas Whitney, Esq.<br>Goodman & Snyder, Ltd.<br>230 Kas Vegas Blvd. South<br>Las Vegas, Nevada<br><br>Speiser, Shumate (See A-2)<br><br>Lampkin Wolf (See C-1) | V. Devoe Heaton<br>U. S. Attorney<br>300 Las Vegas Boulevard S.<br>P.O. Box 16030<br>Las Vegas, Nevada   89101 |
| C-4 | James R. Carrigan, Esq.<br>Kripke, Carrigan & Duffy, P.C.<br>1515 Cleveland Place, 3d Floor<br>Denver, Colorado 80202<br><br>Magana & Cathcart (See C-1)<br><br>Lampkin, Wolf, etc (See C-1) | James L. Treece<br>U. S. Attorney<br>323 U. S. Courthouse<br>Box 3615<br>Denver, Colorado   80202 |

p. _____

### ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __112__ --  IN RE AIR CRASH DISASETR NEAR SILVER PLUME, COLORADO

ON OCTOBER 2, 1970

| Plaintiff | Defendant |
|---|---|
| FOLLOWING PER SERVICE LIST ATTACHED TO JANUARY 19, 1973, PRETRIAL ORDER NO. 1 | |
| Lawrence J. Galardi, Esquire<br>Magana & Cathcart<br>Suite 830, Gateway East<br>1800 Avenue of the Stars<br>Los Angeles, California 90067 | JACK RICHARDS AIRCRAFT CO., INC.<br>JACK RICHARDS, Individually<br>  Daniel C. Bachmann, Esquire<br>  Suite 305, Century Plaza<br>  Wichita, Kansas 67202 |
| Frank H. Granito, Jr., Esquire<br>Speiser, Shumate, Geoghan & Krause, P.C.<br>200 Park Avenue<br>New York, New York 10017 | UNITED STATES OF AMERICA<br>  Mark A. Dombroff, Esquire<br>  Civil Division, Torts Sections<br>  Department of Justice<br>  Washington, D.C. 20530<br>    DELIVER IMMEDIATELY--DO NOT<br>    OPEN IN MAILROOM |
| C-5  John W. Norman, Esquire<br>Lampkin, Wolfe, Burger, Abel,<br>  McCaffrey & Norman<br>1105 Cravens Building<br>Oklahoma City, Oklahoma 73102 | Fairchild Industries<br>  Robert Cooper, Esquire<br>  The Law Title Building<br>  Couch Drive<br>  Oklahoma,City, Oklahoma 73102<br><br>State of Kansas (third-party defendant<br>  Honorable Vern Miller<br>  Attorney General<br>  State of Kansas<br>  The State House<br>  Topeka, Kansas 66612<br><br>WICHITA STATE UNIVERSITY<br>  Mr. Clark D. Ahlberg<br>  President<br>  Wichita State University<br>  Wichita, Kansas 67208 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 112 -- IN RE AIR CRASH DISASTER NEAR SILVER PLUME, COLORADO ON
OCTOBER 2, 1970

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| United States of America | A-1 thru A-8    C-1; C-3; C-4 |
| Jack Richards Air-craft Co., Inc. | A-2 thru A-8 |
| Jack Richards, individually | A-2 thru A-8 |
| Golden Eagle Aviation, Inc. | A-2 thru A-8 |
| Ronald G. Skipper | A-2 thru A-8 |
| Bruce J. Danielson | A-2 thru A-8 |
| John P. Kennedy | A-2 thru A-8 |
| Robert V. Reynolds | C-2 |
| George Ireland | C-2 |
| Frank E. Hand | C-2 |

p. _____

| | |
|---|---|
| Fairchild Hiller Ind. | C-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |